UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ANDREW QUASNEY,

        Plaintiff,

v.                                                                          CASE NO. 2:06-cv-12257
                                                                                 HONORABLE LAWRENCE P. ZATKOFF

DENISE LANGFORD-MORRIS,
RUTH JOHNSON, and GENE SCHNELZ,

        Defendants.
_____/

## JUDGMENT

This matter having come before the Court on a civil rights complaint under 42 U.S.C. § 1983, United States District Judge LAWRENCE P. ZATKOFF presiding, and pursuant to the order entered on July 10, 2006,

**IT IS ORDERED** that the complaint is **DISMISSED** as frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

Dated at Port Huron, Michigan on <u>July 10, 2006.</u>

                                                                    DAVID J. WEAVER
                                                                      CLERK OF THE COURT

                                                         By: <u>s/Marie E. Verlinde</u>
                                                               Deputy Clerk

APPROVED:

<u>s/Lawrence P. Zatkoff</u>
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

S:\Zatkoff\Marie ECF\06-12257.judgment.wpd